NUMBERS
13-04-578-CV 
13-05-080-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
_____ ____________________________________________________

LANDMARK ORGANIZATION, L.P.,                                     Appellant,

v.

CAMERON COUNTY,                                                        Appellees.
_____________________ ____________________________________

On appeal from the 404th District Court
of Cameron County, Texas.
_________________________________________ ________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Memorandum Opinion Per Curiam

         Appellants, LANDMARK ORGANIZATION, L.P., ET AL., perfected an appeal
from an order entered by the 404th District Court of Cameron County, Texas, in cause
number 2004-02-1208-G. Appellant, Landmark Organization, L.P., has filed a motion
to dismiss its appeal. Appellant states that it no longer wishes to prosecute this
appeal. Landmark Organization, L.P.’s appeal against appellee is severed from the
original appeal and is docketed under cause number 13-05-080-CV.
         Having considered appellant’s motion to dismiss the appeal and the documents
on file, this Court is of the opinion that the motion should be granted. The motion to
dismiss appellant’s appeal against appellee, is hereby granted. The appeal between
appellant, Landmark Organization, L.P., and appellee, Cameron County, in cause
number 13-05-080-CV is ordered DISMISSED. The remaining parties and issues in the
appeal will remain docketed under cause number 13-04-578-CV.

                                                                        PER CURIAM

Memorandum Opinion delivered and filed this
the 17th day of February, 2005.